No. 57. Ex PARTE MORENO ET AL., PETICIONARIOS.—Solicitud de *habeas corpus* presentada al Juez Asociado Sr. Hutchison. Resuelto en septiembre 10, 1914. Declarada con lugar la solicitud ordenando la inmediata libertad de los peticionarios, por haberse demostrado que la orden para mostrar causa por la cual no debieran ellos ser castigados por desacato por perjurio fué expedida después de dictarse la sentencia en el caso principal de *El Pueblo* v. *Rafael Ortiz et al.,* por turbar la paz y teniendo en cuenta la jurisprudencia sentada en los casos de *El Pueblo* v. *Valcourt,* 18 D. P. R., 484; *El Pueblo* v. *Guzmán,* 18 D. P. R., 836; y *El Pueblo* v. *Silva,* 19 D. P. R., 277. Abogado de los peticionarios: *Sr. Carlos Buitrago.* Abogado del Pueblo: *Sr. Santiago Vivaldi, Fiscal.*

---

No. 706. EL PUEBLO, DEMANDANTE Y APELADO, *v.* RODRÍGUEZ, ACUASDO Y APELANTE.—Apelación procedente de la Corte de Distrito de Humacao en causa por seducción. Moción del apelante desistiendo de la apelación. Resuelto en noviembre 2, 1914. Se tiene por desistido al apelante de dicha apelación. Abogado del apelante: *Sr. Francisco González.* Abogado del Pueblo: *Sr. Jaime Sifre, Jr., Fiscal interino.*

---

No. 1226. GONZÁLEZ, DEMANDANTE Y APELADO, *v.* SUCESIÓN GONZÁLEZ, DEMANDADA Y APELADA, Y VILELLA, OPOSITOR Y APELANTE.—Apelación procedente de la Corte de Distrito de Mayagüez en un procedimiento sumario hipotecario. Moción del apelante desistiendo de la apelación. Resuelto en noviembre 2, 1914. Se tiene al apelante por desistido de la apelación. Abogado del demandante: *Sr. Leopoldo Feliú.* Abogado del opositor: *Sr. Guillermo H. Moscoso.*

---

No. 1225.—Ex PARTE URRIZA, PETICIONARIA Y APELANTE, *v.* NEGRÓN, OPOSITORA Y APELADA.—Apelación procedente de la

Corte de Distrito de San Juan, Sección 2ª., en un procedimiento de administración judicial de los bienes del finado Mariano Villanúa. Moción del apelante desistiendo de la apelación. Resuelto en noviembre 2, 1914. Se tiene por desistida a la apelante de dicha apelación. Abogados de la apelante: *Sres. Alvarez Nava & Domínguez.* La parte apelada no compareció.

No. 1224. Ex PARTE LÓPEZ, PETICIONARIO Y APELADO, *v.* RICO, OPOSITOR Y APELANTE.—Apelación procedente de la Corte de Distrito de Mayagüez en un procedimiento de declaratoria de herederos. Moción de la parte apelante desistiendo de la apelación con el consentimiento de la apelada. Resuelto en noviembre 2, 1914. Se tiene por desistido al apelante de dicha apelación. Abogado del apelado: *Sr. José Sabater.* Abogado del opositor: *Sr. Angel A. Vázquez.*

No. 1227. COLL, DEMANDANTE Y APELADO, *v.* MESTRES HERMANOS ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de Arecibo en un caso sobre reivindicación y otros extremos. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por ley No. 70 de marzo 9, 1911. Abogado del apelado: *Sr. Antonio Lens Cuena.* Abogado de los apelantes: *Sr. Santiago B. Palmer.*

No. 1228.—GIULIANI, DEMANDANTE Y APELANTE, *v.* JANER, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de Mayagüez en un caso de divorcio. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Desestimada la apelación por incumpli-